IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATHARSIE WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:13-cv-3429 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER AT | § | |
| HOUSTON, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF DISMISSAL
### PURSUANT TO RULE 41

Latharsie Williams, plaintiff, hereby gives notice of dismissal pursuant to Rule 41.

The opposing party has not served an answer in this case nor has it filed a motion for summary judgment.

ROSS LAW GROUP

_____/s/_____
**THOMAS H. PADGETT, JR.**
Texas Bar No. 15405420
Fed. ID:  11554
Attorney-in-Charge
4809 Pine St.
Bellaire, Texas 77401
Ph:  832-335-9134
Ph:  512-474-7677
Fax: 512-4745306
tpadgett@rosslawgroup.com

1

                        **CHARLES L. SCALISE**
                        Texas Bar No. 24064621
                        **DANIEL B. ROSS**
                        Texas Bar No. 00789810
                        1104 San Antonio St.
                        Austin, Texas 78701
                        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

This certifies that all counsel have been served through the Court's DCECF system on this 28rd day of January, 2014.

                                           _____/s/_____
                                           **THOMAS H. PADGETT, JR.**